FILED

10/22/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0395

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

**CASE NO. OP 21-0395**

_____

L.B.
PLAINTIFF-APPELLANT,

V.

UNITED STATES OF AMERICA, ET AL.
DEFENDANTS-APPELLEES.

_____

[PROPOSED] ORDER GRANTING DEFENDANT-APPELLEE'S UNOPPOSED
MOTION FOR EXTENSION OF TIME TO FILE ANSWERING BRIEF

_____

Pursuant to MRAP 26(1), Defendant-Appellee United States is given an extension of time until December 15, 2021, in which to prepare, file, and serve Defendant-Appellee's answering brief in this matter.

DATED this _____ day of October, 2021.


_____
Chief Justice


Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 22 2021